UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                        Case No. 3:18mj81-CJK

FLORIN BERSANU
a/k/a "KIM OLSEN"
_____/

## INITIAL APPEARANCE FOR DEFENDANT
## CHARGED IN ANOTHER DISTRICT

The defendant has been advised by the undersigned of the rights enumerated herein and the following action has been taken:

1.    Advised that defendant is before a U.S. Magistrate                     X

2.    Advised of the charge or charges                                       X

3.    Advised that defendant does not have to make any
      statement; that they have a right to consult
      with an attorney before making any statement;
      that any statement they make could be used
      against them; that they will not be called
      upon to enter a plea at this hearing                                   X

4.    Advised of right to hire counsel, or have
      counsel appointed if, after inquiry, found
      to be financially unable to hire counsel                               X

5.    Defendant executed CJA 23                                              X

6.  Federal public defender appointed after
    determination defendant unable to hire
    counsel (CJA 20)                                          _____

7.  Advised defendant should obtain
    and file CJA 23 if subsequently
    decide to request appointment of counsel                 _____

8.  Defendant admitted financial ability to employ
    counsel/Counsel                                          _____

9.  Defendant found financially unable to
    employ counsel                                           _____

10. Defendant found to be able to make full
    or partial payment for appointed counsel                 _____

11. Federal public defender appointed solely for
    the purposes of proceedings in this district             X

12. Since indicted, informed that not entitled to a
    preliminary hearing

13. Advised of right to hearing in this district as to identity
    (Rule 5(a))                                              X

    (a)  Advised of right to subpoena witnesses
         and produce evidence at identity hearing            X

    (b)  Advised the consequence after identity
         hearing is removal to the charging district
         and issuance of warrant                             X

    (c)  Advised of right to waive identity hearing          X

    (d)  Identity hearing waived (AO 121)                    X

Case No. 3:18mj81-CJK

(e)   Fix date for identity hearing

   _____        \_\_\_\_\_

(f)   Identity hearing held and defendant
      found/not found  to be the person
      named in the charging instrument     \_\_\_\_\_

(g)   Removal warrant authorized     ✗

14.   Defendant advised of right to consider
      Rule 20 transfer     ✗

15.   Defendant advised of right to reasonable bail     ✗

16.   Order Setting Conditions of Release entered
      (AO 199A)     \_\_\_\_\_

17.   Government moved for detention without bail     ✗

      (a)   Government represented ready for detention
            hearing immediately     \_\_\_\_\_

      (b)   Government requested continuance of \_\_\_\_\_
            days (up to and including 3 days)     \_\_\_\_\_

      (c)   Defendant advised of right of continuance
            for up to and including 5 days     \_\_\_\_\_

      (d)   Detention hearing scheduled and Temporary
            Detention Order entered     \_\_\_\_\_

      (e)   Detention hearing conducted     \_\_\_\_\_

            1)   Order of detention entered     \_\_\_\_\_

            2)   Order Setting Conditions of Release entered     \_\_\_\_\_

Page 4 of 4

(f) Defendant stipulated to detention pending
    review in charging district                                    X

(g) Defendant currently under order of
    incarceration, negating necessity of
    consideration of detention on this
    charge(s) at this time                                         ____

_____
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTES:_____

_____

_____

Date: June 11, 2018

Case No. 3:18mj81-CJK