# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

-vs -

**FLORIN BERSANU**
**a/k/a "KIM OLSEN"**

**COMMITMENT**

**TO ANOTHER DISTRICT**

**CASE NO. 3:18MJ81-CJK**

| CHARGES | | |
|---|---|---|
| **Charging Document** | **Statute** | **Charging District** |
| Indictment | Title 18 U.S.C. §§ 1349, 1344 & 2, 1028A(a)(1) & 2, 1029(a)(3), 1029(c)(1)(a)(i) & 2 | Eastern District of Virginia |
| | | Case No. 3:18cr75 |

**Description:** Conspiracy to commit bank fraud, bank fraud, aggravated identity theft, and access device fraud

| PROCEEDINGS |
|---|
| **BOND STATUS:** |
| **COUNSEL:**  Federal Public Defender |
| **INTERPRETER:** |

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of **FLORIN BERSANU a/k/a "KIM OLSEN"** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and there deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

June 12, 2018

/s/ *Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
| Date | United States Marshal | By Deputy Marshal |