

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**MEMORANDUM**

UNITED STATES OF AMERICA

Case No. 3:18mj81

-vs-
FLORIN BERSANU
 and VIORELANTOANEL NABOIU

| | |
|---|---|
| DATE: | 6/12/18 |
| | **Your Case No. 3:18cr075** |
| TO | United States District Court |
| | Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse |
| | 701 East Broad Street |
| | Richmond, VA 23219 |
| FROM: | Irma McCain-Coby, United States District Court |
| | Courtroom Deputy for |
| | Elizabeth M. Timothy, United States Magistrate Judge |
| | Charles J. Kahn, Jr, United States Magistrate Judge |
| | United States Courthouse |
| | One North Palafox Street |
| | Pensacola, Florida 32502-5625 |
| SUBJECT: | Rule 5 Proceedings |

The above-styled case originated in your division. Enclosed please find copies of documents regarding proceedings held in the Northern District of Florida in Pensacola, Florida wherein the following action was taken:

INITIAL APPEARANCE: 6/12/18
DETENTION:   Initial Appearance; Commitment to another District

Enclosures